### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Deborah L. Rosario, | : | Case No. 20-00012-SMT |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |
| | : | |
| Rushmore Loan Mgmt Svcs, LLC | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| Deborah L. Rosario, | : | |
| | : | |
| Respondent(s). | : | |
| | : | |

### **OPPOSITION TO MOTION FOR RELIEF**

The Debtor/Respondent, Deborah L. Rosario, by and through undersigned counsel, Michael A. Ostroff, Esq. and Montero Law Group, LLC, hereby opposes the Motion for Relief from Automatic Stay, and responds to the Motion as follows:

1. Debtor admits the allegations in Paragraph 1.

2. Debtor neither admits nor denies Paragraph 2, as the documents speak for themselves. Debtor reserves the right to object to the validity and/or admissibility of the documents attached to the Motion.

3. Debtor admits in part and denies the allegations in Paragraph 3. Debtor admits a default but avers she sought forbearance and/or loss mitigation. Debtor denies that she is six (6) payments in default.

4. Debtor denies the allegations in Paragraph 4.

5. Debtor denies the allegations in Paragraph 5.

6. Debtors request that the motion be dismissed because Movant has failed to prove that it is not adequately protected.

7. The property is necessary for an effective reorganization.

8. Debtor demands the presence of a custodian of records.

9. To the extent a default exists, Debtor requests a consent agreement to cure.

10. Debtor requests a hearing.

WHEREFORE, for the foregoing reasons, Debtor respectfully requests that this Honorable Court deny the Movant's request for relief.

    Respectfully Submitted,

*/s/ Michael A. Ostroff*
Michael A. Ostroff, Esq. #17803
1738 Elton Road, Suite 105
Silver Spring, Maryland 20903
Tel: 301- 588-8100; Fax: 301-588-8101
*Attorney for Debtor*

## CERTIFICATE OF SERVICE

      This is to certify that on September 4, 2020, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Filing of Case in Bankruptcy Court will be served electronically by the Court's CM/ECF system on the following:

Leah C. Freedman on behalf of Creditor Specialized Loan Servicing LLC
bankruptcy@bww-law.com, bankruptcy@bww-law.com

Rebecca A. Herr
ecf@ch13md.com

Richard J. Rogers on behalf of Creditor RUSHMORE LOAN MANAGEMENT SERVICES, LLC
rrogers@cgd-law.com, bdoane@cgd-law.com;bankruptcyECF@cgd-law.com

U. S. Trustee for Region Four
USTPRegion04.DC.ECF@USDOJ.GOV

                                                  /s/ Michael A. Ostroff
                                                  Michael A. Ostroff, Esq.