The order below is hereby signed.

Signed: May 12 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Deborah L. Rosario | : | CASE NO. 20-00012 |
| | : | CHAPTER 13 |
| Debtor | : | |
| _____ | : | |

## ORDER APPROVING SALE

UPON CONSIDERATION of the Debtor's Motion for Approval to Sell Real Estate, any response thereto, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Motion be and is hereby GRANTED; and it is further

ORDERED, that the sale of the Debtor's real property known as and located at **5180 Fulton Street NW, Washington, DC 20016** be and is hereby APPROVED pursuant to the Sales Contract dated April 2, 2021 and ratified April 4, 2021; and it is further

ORDERED, that the Settlement Agent closing the sale of the property shall pay and satisfy the secured claims of U.S. Bank c/o Rushmore Loan (POC6) and Revere Bank (POC5) at the time of settlement; and it is further

ORDERED, that the Settlement Agent closing the sale of the property shall retain from the sale proceeds, and tender to the Chapter 13 Trustee, an amount sufficient to satisfy the

outstanding claims, costs, and commissions necessary to pay off the Confirmed Plan in full, and the Trustee is authorized to submit a payoff state that includes an additional $5,000.00 to cover potential additional attorney's fees and costs owed to Debtor's counsel for post-confirmation services; and it is further

ORDERED, that the Settlement Agent closing the sale of the property shall forward a copy of the final Closing Disclosure Statement to the Chapter 13 Trustee after the closing on the sale of the property; and it is further

ORDERED, that the Sales Contract may be freely amended, modified, and extended by the Debtor and Buyer as long as the amended, modified, or extended terms do not result in a reduction of the funds to be paid to the secured creditors or the Trustee toward the confirmed plan.

I ASK FOR THIS:

*/s/ Michael A. Ostroff*
Michael A. Ostroff, Esq. # MD17803
Montero Law Group, LLC
1738 Elton Road, Suite 105
Silver Spring, MD 20903
Tel: 301-588-8100
Fax: 301-588-8101
Email: mostroff@monterolawgoup.com
Counsel for Debtor


SEEN AND NO OBJECTION

*/s/ Rebecca A. Herr*
Rebecca A. Herr, Esq. Bar ID # MD0032
185 Admiral Cochrane Drive, Ste 240
Annapolis, MD 21401
Tel: 301-805-4700
Email: rherr@ch13md.com
Chapter 13 Trustee

SEEN AND NO OBJECTION

*/s/ William R. Feldman*
William R. Feldman, Esq. #358221
Of Counsel, PROTAS, SPIVOK & COLLINS, LLC
451 Hungerford Drive, Suite 210
Rockville, MD  20850
Tel: 301-469-3610
E-mail:  wrflaw@aol.com
*Counsel for Secured Creditor Revere Bank*


SEEN

*/s/ Richard J. Rogers*
Richard J. Rogers, Esq. #01980
COHN, GOLDBERG & DEUTSCH, LLC
600 Baltimore Avenue, Ste 208
Townson, MD 21204
Tel: 410-296-2550
E-mail:  rrogers@cgd-law.com
*Counsel for Secured Creditor U.S. Bank*


Copies to:

Trustee
Debtor
Debtor's Counsel
All creditors and parties-in-interest

**END OF ORDER**