The order below is hereby signed.

Signed: June 17 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Deborah L. Rosario | : | CASE NO. 20-00012 |
| | : | CHAPTER 13 |
| Debtor | : | |
| _____ | : | |

**ORDER AMENDING MAY 12, 2021 ORDER APPROVING SALE TO SUBSTITUTE
SALES CONTRACT AND ADDENDUM T LISTING AGREEMENT**

UPON CONSIDERATION of the Debtor's Motion to Amend Order Approving Sale, to Approve Substitute Sales Contract, and to Approve Addendum to Listing Agreement, any response thereto, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia,

ORDERED, that the Motion be and is hereby GRANTED; and it is further

ORDERED, that the Addendum to the Listing Agreement, dated March 28, 2021, be and is hereby APPROVED; and it is further

ORDERED, that the Order Approving Sale date May 12, 2021 be and is hereby AMENDED as provided herein; and it is further

ORDERED, that the Substitute Sales Contract, which is dated June 7, 2021, be and is hereby APPROVED; and it is further

ORDERED, that the Settlement Agent closing the sale of the property shall pay and satisfy the secured claims of U.S. Bank c/o Rushmore Loan (POC6) and Revere Bank (POC5) at the time of settlement; and it is further

ORDERED, that the Settlement Agent closing the sale of the property shall retain from the sale proceeds, and tender to the Chapter 13 Trustee, an amount sufficient to satisfy the outstanding claims, costs, and commissions necessary to pay off the Confirmed Plan in full, plus an additional $10,000.00 to cover potential additional attorney's fees and costs owed to Debtor's counsel for post-confirmation services; and it is further

ORDERED, that the Settlement Agent closing the sale of the property shall forward a copy of the final Closing Disclosure Statement to the Chapter 13 Trustee after the closing on the sale of the property; and it is further

ORDERED, that the Substitute Sales Contract may be freely amended, modified, and extended by the Debtor and Buyer as long as the amended, modified, or extended terms do not result in a reduction of the funds to be paid to the secured creditors or the Trustee toward the confirmed plan.

I ASK FOR THIS:

*/s/ Michael A. Ostroff*
Michael A. Ostroff, Esq. # MD17803
Montero Law Group, LLC
1738 Elton Road, Suite 105
Silver Spring, MD 20903
Tel: 301-588-8100
Fax: 301-588-8101
Email: mostroff@monterolawgoup.com
Counsel for Debtor

SEEN

/s/ with authority
Rebecca A. Herr, Esq. Bar ID # MD0032
185 Admiral Cochrane Drive, Ste 240
Annapolis, MD 21401
Tel: 301-805-4700
Email: rherr@ch13md.com
Chapter 13 Trustee


SEEN AND NO OBJECTION

*/s/ with authority*
William R. Feldman, Esq. #358221
Of Counsel, PROTAS, SPIVOK & COLLINS, LLC
451 Hungerford Drive, Suite 210
Rockville, MD  20850
Tel: 301-469-3610
E-mail:  wrflaw@aol.com
*Counsel for Secured Creditor Revere Bank*

SEEN

*/s/ with authority*
Richard J. Rogers, Esq. #01980
COHN, GOLDBERG & DEUTSCH, LLC
600 Baltimore Avenue, Ste 208
Townson, MD 21204
Tel: 410-296-2550
E-mail:  rrogers@cgd-law.com
*Counsel for Secured Creditor U.S. Bank*


Copies to:

Trustee
Debtor
Debtor's Counsel
All creditors and parties-in-interest

**END OF ORDER**